No. 466. BROWDER v. UNITED STATES. C. A. 5th Cir. Certiorari denied. *Richard R. Booth* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 467. SCHMIDT v. UNITED STATES. Court of Claims. Certiorari denied. *Frank L. Nikolay* for petitioner. *Solicitor General Cox* for the United States. Reported below: —— Ct. Cl. ——, —— F. 2d ——.

No. 470. HALQUIST ET UX. v. COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Herman E. Friedrich* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Melva M. Graney* for respondent.

No. 471. BURKE v. UNITED STATES. C. A. 1st Cir. Certiorari denied. *Solomon Sandler* for petitioner. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *Joseph M. Howard* for the United States.

No. 473. MARGOLES v. UNITED STATES. C. A. 7th Cir. Certiorari denied. *Charles A. Bellows* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 485. ALABAMA STATE BOARD OF EDUCATION ET AL. v. DIXON ET AL. C. A. 5th Cir. Certiorari denied. *MacDonald Gallion,* Attorney General of Alabama, *Willard W. Livingston, Leslie Hall* and *Gordon Madison,* Assistant Attorneys General, and *Robert P. Bradley* for petitioners. *Fred D. Gray, Jack Greenberg* and *James M. Nabrit III* for respondents.